

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 13 CR 515 |
| Dmitry Firtash, et al, | ) | Judge Rebecca R. Pallmeyer |
| Defendants. | ) | |

### ORDER

Status hearing held on 4/2/2014. Government's oral motion to unseal the indictment is granted. Enter Order. (For further detail see separate order.)

ENTER:

Dated: April 2, 2014

REBECCA R. PALLMEYER
United States District Judge

(T:00:02)