UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA       ) | |
|                          ) | |
|          v.               ) | |

UNITED STATES OF AMERICA    )
                         )
        v.           )
                         )
DMITRY FIRTASH,      )
   also known as "Dmytro Firtash," and "DF,"  )
ANDRAS KNOPP,      )   No.   13 CR 515
SUREN GEVORGYAN,    )   Hon.  Rebecca Pallmeyer
GAJENDRA LAL,      )
   also known as "Gaj,"    )
PERIYASAMY SUNDERALINGAM,  )
   also known as "Sunder,"   )
K.V.P. RAMACHANDRA RAO,  )
   also known as "KVP," and "Dr. KVP"  )

## ORDER

Upon the oral motion of the government, the indictment in the above-referenced proceeding is hereby unsealed. Any other matter filed under seal shall remain sealed until further order of the Court.

REBECCA PALLMEYER
*United States District Court Judge*

4-2-14