IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 13 CR 515 |
| | ) | |
| v. | ) | |
| | ) | JUDGE REBECCA R. PALLMEYER |
| DMITRY FIRTASH, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**DMITRY FIRTASH'S MOTION FOR LEAVE TO FILE BRIEF
EXCEEDING PAGE LIMIT**

Defendant Dmitry Firtash ("Firtash") hereby moves for leave to file a brief in support of Firtash's Motion to Dismiss the Indictment exceeding the fifteen-page limit set by Northern District of Illinois Local Rule 7.1. In support of this motion for leave to exceed the page limit, Defendant states as follows:

1. On June 20, 2013, a thirty-two (32) page federal indictment charged Firtash and five others with participating in an alleged international racketeering conspiracy allegedly involving bribes of state and central government officials in India to allow the mining of titanium minerals.

2. Defendant Dmitry Firtash now moves to dismiss the indictment.

3. In order to set forth the authority and reasons fully supporting his brief in support of his Motion to Dismiss the Indictment, excluding table of contents, table of authority, and signature pages, Defendant requests leave to file a brief of not more than thirty-five (35) pages.

WHEREFORE, Defendant Firtash respectfully requests that this motion for leave to file a brief exceeding the fifteen-page limit set by Northern District of Illinois Local Rule 7.1 be granted and that Firtash be granted leave to file a Memorandum of Law of not more than thirty-five (35)

pages in length, excluding signature pages, in support of Defendant Firtash's Motion to Dismiss the Indictment.

Dated: May 9, 2017                                Respectfully submitted,

                                                  /s/ Dan K. Webb
                                                  
                                                  Dan K. Webb
                                                  WINSTON & STRAWN LLP
                                                  35 West Wacker Drive
                                                  Chicago, IL 60601
                                                  (312) 558-5600
                                                  
                                                  *Attorney for Dmitry Firtash*

## **CERTIFICATE OF SERVICE**

I, Dan K. Webb, hereby certify that on May 9, 2017, the foregoing was served upon the following by electronic mail:

Amarjeet Singh Bhachu
UNITED STATES ATTORNEY'S OFFICE
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300

                                  */s/ Dan K. Webb*
                                  Dan K. Webb