UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 13 CR 515 |
| v. | ) | |
| | ) | Hon. Rebecca R. Pallmeyer |
| DMITRY FIRTASH, et al. | ) | |

ATTORNEY APEARANCE

    Please take notice that the undersigned Assistant United States Attorney has been assigned to the above case.

                                  Respectfully submitted,
                                  JOEL R. LEVIN
                                  Acting United States Attorney

                        By:    *s/Michael Donovan*
                                  MICHAEL DONOVAN
                                  Special Assistant United States Attorney
                                  219 South Dearborn Street, 5th Floor
                                  Chicago, Illinois 60604
                                  (312) 469-6212

May 24, 2017