**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 13 CR 515 |
| ) | |
| v. ) | |
| ) | JUDGE REBECCA R. PALLMEYER |
| DMITRY FIRTASH, et al. ) | |
| ) | |
| Defendants. ) | |

## **EXHIBIT INDEX**

| Exhibit | Document |
|:---:|:---:|
| A | *United States v. Knox* —Indictment |
| B | *United States v. Lowrance* —Indictment |