## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 13 CR 515 |
| ) | |
| v. ) | |
| ) | JUDGE REBECCA R. PALLMEYER |
| DMITRY FIRTASH, et al. ) | |
| ) | |
| Defendants. ) | |

### DMITRY FIRTASH AND ANDRAS KNOPP'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR MOTIONS TO DISMISS THE INDICTMENT

Defendants Dmitry Firtash and Andras Knopp respectfully move this Court to allow them to submit supplemental authority relevant to the issues raised in their pending Motions to Dismiss the Indictment. In support of this motion, Defendants state as follows:

1. On May 9, 2017, Defendant Firtash moved to dismiss the indictment and filed a memorandum in support of the motion. (ECF Nos. 24–25.) On May 15, 2017, Defendant Knopp also moved to dismiss the indictment and filed a memorandum in support of the motion. (ECF Nos. 30–31.) On July 24, 2017, the government filed a consolidated response to Defendants' motions, (ECF No. 40), and on August 30, 2017, Defendants filed a joint reply in support of their motions. (ECF No. 47.)

2. The Court heard oral argument on Defendants' motions to dismiss the indictment on September 11 and 15, 2017. (ECF Nos. 51, 53.) The parties submitted supplemental briefs on September 20 and October 3, 2017. (ECF Nos. 54–55.) Defendants' motions to dismiss the indictment are now fully briefed and ripe for adjudication.

3.     On July 2, 2018, the Court invited the parties to submit additional briefs with supplemental authority, if applicable. (ECF No. 62.) At the time, Defendants had not identified any such authority.

4.     Recently, however, on August 24, 2018, in *United States v. Lawrence Hoskins*, 16-1010-cr, 2018 WL 4038192 (2d Cir. 2018), the Second Circuit affirmed, in relevant part, the district court's dismissal of part of a count charging a foreign national defendant with conspiracy to violate the Foreign Corrupt Practices Act ("FCPA"). The Second Circuit's decision in *Hoskins* is attached hereto as Exhibit A.

5.     For the reasons set forth in the accompanying memorandum of law, this Court should consider the supplemental authority.

WHEREFORE Defendants Dmitry Firtash and Andras Knopp respectfully request that this Court grant them leave to file and cite the above supplemental authority.

Dated: August 27, 2018                              Respectfully submitted,

*/s/ Dan K. Webb*

Dan K. Webb
Matthew R. Carter
Alison S. Cooney
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600
dwebb@winston.com
mcarter@winston.com
acooney@winston.com

*Attorneys for Dmitry Firtash*

*/s/ Carolyn Pelling Gurland*

Carolyn Pelling Gurland
WHITE & CASE LLP
227 West Monroe Street
Suite 3900
Chicago, IL 60606-5055
carolyn.gurland@whitecase.com

*Attorney for Andras Knopp*

**CERTIFICATE OF SERVICE**

I, Dan K. Webb, hereby certify that on August 27, 2018, the foregoing was served upon the following by electronic mail:

Amarjeet Singh Bhachu
Michael Thomas Donovan
United States Attorney's Office
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300

Jonathan Robell
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue NW
Washington, DC 20530
(202) 616-5136

> */s/ Dan K. Webb*
> Dan K. Webb