# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 13 CR 515 |
| | ) | |
| v. | ) | |
| | ) | JUDGE REBECCA R. PALLMEYER |
| DMITRY FIRTASH, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, September 5, 2018 at 8:45 a.m. or as soon thereafter as counsel may be heard, we will appear before the Honorable Rebecca R. Pallmeyer, or any judge sitting in her stead, in Room 2141 at 219 South Dearborn Street, Chicago, Illinois, and present the attached **DMITRY FIRTASH AND ANDRAS KNOPP'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR MOTIONS TO DISMISS THE INDICTMENT**, a copy of which is hereby served upon you.

Dated: August 27, 2018              Respectfully submitted,

                                    */s/ Dan K. Webb*

                                    Dan K. Webb
                                    Matthew R. Carter
                                    Alison S. Cooney
                                    WINSTON & STRAWN LLP
                                    35 West Wacker Drive
                                    Chicago, IL 60601
                                    (312) 558-5600
                                    dwebb@winston.com
                                    mcarter@winston.com
                                    acooney@winston.com

                                    *Attorneys for Dmitry Firtash*

*/s/ Carolyn Pelling Gurland*

Carolyn Pelling Gurland
Law Offices of Carolyn Gurland
414 North Clay Street
Hinsdale, IL 60521
(312) 420-9263
cgurland@comcast.net

*Attorney for Andras Knopp*

**CERTIFICATE OF SERVICE**

  I, Dan K. Webb, hereby certify that on August 27, 2018, the foregoing was served upon the following by electronic mail:

Amarjeet Singh Bhachu
Michael Thomas Donovan
United States Attorney's Office
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300

Jonathan Robell
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue NW
Washington, DC 20530
(202) 616-5136

               */s/ Dan K. Webb*
               Dan K. Webb