# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

                                      Plaintiff,

v.                                                                               Case No.: 1:13−cr−00515
                                                                              Honorable Rebecca R. Pallmeyer

Dmitry Firtash, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 18, 2018:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Dmitry Firtash, Andras Knopp : Government's unopposed motion for extension of time to file supplemental brief [67] is granted for an additional seven days, without an appearance. Reply to be filed seven days thereafter. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.