# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | CASE NO. 13 CR 515 |
| v. | ) ) ) | JUDGE REBECCA R. PALLMEYER |
| DMITRY FIRTASH, et al. | ) ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO WITHDRAW COUNSEL

Defendant Dmitry Firtash, pursuant to Local Rule 83.17, respectfully requests that the Court grant leave for Alison S. Cooney to withdraw as counsel in the above-captioned matter. In support of this motion, Defendant states as follows:

1. Attorneys Dan K. Webb, Matthew R. Carter, Elizabeth E. Grden and Alison S. Cooney of Winston & Strawn LLP have filed appearances on behalf of Defendant.

2. Ms. Cooney is leaving Winston & Strawn LLP effective March 15, 2019 and is no longer participating in this case. She does not need notice of filings in this matter and should be removed from all service lists including the CM/ECF system.

3. Mr. Webb, Mr. Carter and Ms. Grden will continue to represent Defendant.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that this Court grant leave for Ms. Cooney to withdraw and remove her from all service lists and as counsel for Defendant.

Dated: March 15, 2019	Respectfully submitted,

/s/ Alison S. Cooney

Dan K. Webb
Matthew R. Carter
Alison S. Cooney
Elizabeth E. Grden
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600
dwebb@winston.com
mcarter@winston.com
acooney@winston.com
egrden@winston.com

*Attorneys for Dmitry Firtash*

## **CERTIFICATE OF SERVICE**

      I, Alison S. Cooney, an attorney, hereby certify that I have this day caused the foregoing to be filed via CM/ECF with the Clerk of the Court, thereby electronically serving it on all counsel of record in this matter.

Dated: March 15, 2019                  Respectfully submitted,

                                                 */s/ Alison S. Cooney*