

# United States District Court
# Northern District of Illinois

In the Matter of

USA

v.

Firtash et al

Fugitive Judge *Fugitive Calendar

Case No. 13-CR-515-All

Designated Magistrate Judge
*By Lot - Non Designated Judge

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
### FOR A REASSIGNMENT

   The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be reassigned to the calendar of Judge *Fugitive Calendar. The reason for my recommendation are indicated on the reverse of this form.

_____
**Judge Rebecca R. Pallmeyer**

Date: Thursday, June 30, 2022

---

### ORDER OF THE EXECUTIVE COMMITTEE

   IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge *Fugitive Calendar.

ENTER

FOR THE EXECUTIVE COMMITTEE

_____
**Chief Judge Rebecca R. Pallmeyer**

Dated: Thursday, June 30, 2022

District Reassignment - Named Judge

**Reason(s) For Recommendation:**

**Hear and enter order(s) on the following non-dispositive motion/matter:**

- IOP 13(b)(1) This case should be transferred to the Fugitive Calendar as the defendant is fugitive.

EXCEPTIONS OR ADDITIONS:

District Reassignment - Named Judge